UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case Number 4:13-CV-00258-D

| | | |
|---|---|---|
| LISA N. CONE-SWARTZ, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER GRANTING MOTION TO SEAL EXPERT WITNESS** |
| PRESS GANEY ASSOCIATES, INC. | ) ) | **REPORT OF RICHARD P. NEWMAN, M.D.** |
| Defendants. | ) | |

THIS MATTER having come before the Court upon the Motion to Seal the Expert Witness Report of Richard P. Newman, M.D.; and the Court finding that the Expert Witness Report of Richard P. Newman, M.D. contains confidential information including personal medical information; and having found that the interest in protecting the confidentiality of personal medical records outweighs the interest favoring public access to judicial records and documents; and having found that the Plaintiff's Motion is supported by good cause;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion to Seal the Expert Witness Report of Richard P. Newman, M.D. is hereby GRANTED; and the Expert Witness Report of Richard P. Newman, M.D. filed with the Court on December 1, 2014 is hereby sealed and restricted from public view.

SO ORDERED. This 25 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge