# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| LISA N. CONE-SWARTZ,<br><br>Plaintiff,<br><br>vs.<br><br>PRESS GANEY ASSOCIATES, INC.,<br><br>Defendant. | Civil Action No. 4:13-CV-258-D<br><br>**ORDER** |

**THIS MATTTER** is before the Court on the Parties' joint motion for a 90-day stay in these proceedings, including the intervening dispositive motions deadline, so that limited discovery can proceed in the sister action recently filed by Plaintiff against Defendant and others before the United States District Court for the District of Delaware. As set forth in their joint motion, the parties believe that they may be able to settle all matters globally once some limited discovery is conducted in the Delaware Action and that they wish to avoid expending additional costs and resources litigating this case where these same resources could otherwise be put toward a global resolution of all lawsuits.

**IT IS THEREFORE ORDERED** that the Parties' joint motion to stay this proceeding for a period of 90 days is **GRANTED**. This matter is hereby stayed 90 days from the date of this Order. In the event that the Parties are unable to resolve this matter within the 90-day period the

Court will reset the dispositive motion deadline and trial date.

**SO ORDERED**, this the 5 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge