IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case Number: 4:13-CVD-00258-D

LISA N. CONE-SWARTZ,

        Plaintiff,

v.

PRESS-GANEY ASSOCIATES, INC.,

        Defendants.

## MEMORANDUM OF SETTLEMENT

The Plaintiff Lisa Cone-Swartz and the Defendant Press-Ganey Associates, Inc. hereby jointly file this Memorandum of Settlement, notifying this Court that the parties have reached a resolution in the above referenced matter. The parties to this lawsuit are involved in a companion case pending before the United States District Court for the District of Delaware, and a mediation held in that case on August 3, 2016 resulted in the parties reaching a settlement which resolves all pending matters, including the above captioned case. The parties are finalizing settlement documents and anticipate filing a dismissal very shortly.

August 31, 2016

| */s/Christine Mayhew* | */s/ Stephen Dellinger (with express permission)* |
|---|---|
| Christine F. Mayhew, Bar No. 33468 | Stephen D. Dellinger, Bar No. 16609 |
| P.O. Box 20248 | sdellinger@littler.com |
| Raleigh, NC 27619 | LITTLER MENDELSON, P.C. |
| Telephone: (919) 277-2541 | Bank of America Corporate Center |
| Fax: (919) 277-2544 | 100 North Tryon Street, Suite 4150 |
| CMayhew@andersonandjones.com | Charlotte, NC 28202 |
| | Telephone: 704.972.7000 |
| Attorney for Plaintiff | Facsimile: 704.333.4005 |
| | Attorney for Defendant |

## CERTIFICATE OF SERVICE

This is to certify that on August 31, 2016, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants:

Stephen Dellinger
Littler Mendelson, P.C.
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
sdellinger@littler.com

*/s/ Christine Mayhew*
Christine F. Mayhew