IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

LISA N. CONE-SWARTZ,

    Plaintiff,

v.

PRESS GANEY ASSOCIATES, INC.,

    Defendant.

C.A. No. 4:13-cv-00258-D

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lisa N. Cone-Swartz, by and through her undersigned counsel, and Defendant Press Ganey Associates, Inc., by and through its undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced action is hereby DISMISSED with prejudice, and with each party to bear its own attorneys' fees and costs.

| **ANDERSON JONES, PLLC** | **LITTLER MENDELSON, PC** |
|---|---|
| */s/ Christine Mayhew* | */s/ Stephen D. Dellinger* |
| Christine Mayhew | Stephen D. Dellinger |
| 1305 Navaho Drive, Suite 303 | 100 N. Tryon Street, Suite 4150 |
| Raleigh, NC 27609 | Charlotte, NC 28202 |
| Telephone: 919-277-2541 | Telephone: 704-972-7010 |
| Facsimile: 919-277-2544 | Facsimile: 704-333-4005 |
| cmayhew@andersonandjones.com | sdellinger@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

This the 19th day of September, 2016.

# CERTIFICATE OF SERVICE

This is to certify that on September 19, 2016, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants:

Stephen Dellinger
Littler Mendelson, P.C.
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
sdellinger@littler.com

*/s/ Christine Mayhew*
Christine F. Mayhew